1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney

2

3  DAVID R. CALLAWAY (CABN 121782)
   Chief, Criminal Division

4  JEROME MAYER-CANTÚ (CABN 291623)
   Assistant United States Attorney

5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102-3495
   Telephone: (415) 436-7301
7  Facsimile: (415) 436-7027
   jerome.mayer-cantu@usdoj.gov

8
   Attorneys for United States of America
9
                        UNITED STATES DISTRICT COURT
10
                     NORTHERN DISTRICT OF CALIFORNIA
11
                           SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,            )   Case No. CR 16-00011 WHA
14                                       )
                        Plaintiff,       )   ~~PROPOSED~~ ORDER EXCLUDING TIME
15      v.                               )   FROM  APRIL 5, 2016 TO APRIL 19, 2016
                                         )
16  ANTONIO NAVARRO,                     )
                                         )
17                      Defendant.       )
                                         )
18  _____     )

19
         The defendant, represented by Daniel P. Blank, and the government, represented by Assistant
20
   United States Attorney Helen Gilbert, appeared before the Court on April 5, 2016, at 2:00 p.m., for a
21
   status conference. Upon the request of the parties, the Court set a change of plea hearing in this matter
22
   for April 19, 2016, at 2:00 p.m. The defendant requested that time be excluded under the Speedy Trial
23
   Act between April 5, 2016, and April 19, 2016, for effective preparation of counsel. The government did
24
   not object to this request.
25
         Based upon the representation of counsel and for good cause shown, the Court finds that failing
26
   to exclude the time between April 5, 2016, and April 19, 2016, would unreasonably deny
27

28

   ~~PROPOSED~~ ORDER EXCLUDING TIME

1  counsel the reasonable time necessary for effective preparation, taking into account the exercise of due

2  diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by

3  excluding the time between April 5, 2016, and April 19, 2016, from computation under the Speedy Trial

4  Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS

5  HEREBY ORDERED that the time between April 5, 2016, and April 19, 2016, shall be excluded from

6  computation under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

7

8

9  DATED:  April 12, 2016.

10                                             WILLIAM ALSUP
                                               United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROPOSED ORDER EXCLUDING TIME

2