1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  JEROME MAYER-CANTÚ (CABN 291623)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102-3495
   Telephone: (415) 436-7301
7  Facsimile: (415) 436-7027
   jerome.mayer-cantu@usdoj.gov
8
   Attorneys for United States of America
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) Case No. CR 16-00011 WHA |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED] ORDER CONTINUING CHANGE OF PLEA HEARING |
| ANTONIO NAVARRO, | ) |
| Defendant. | ) |

Defendant ANTONIO NAVARRO, represented by Daniel P. Blank, and the government, represented by Assistant United States Attorney Jerome Mayer-Cantú, hereby stipulate and agree as follows:

1. A change of plea hearing is currently scheduled for April 19, 2016.

2. Due to a family emergency, Assistant United States Attorney Jerome Mayer-Cantú will no longer be available on that date, and he has not found another attorney to take his place.

3. The parties therefore jointly request that the Court continue the April 19, 2016 hearing until April 26, 2016, at 2:00 p.m.

**SO STIPULATED.**

//

2

| | |
|---|---|
| Date: April 12, 2016 | BRIAN J. STRETCH<br>Acting United States Attorney<br><br>      /s/      <br>JEROME MAYER-CANTÚ<br>Assistant United States Attorney |
| Date: April 12, 2016 |       /s/      <br>DANIEL P. BLANK<br>Attorney for Defendant Antonio Navarro |

**[PROPOSED] ORDER SETTING STATUS/CHANGE OF PLEA HEARING AND CONTINUING HEARING ON MOTION TO DISMISS**

Based upon the stipulation of the parties, and for good cause shown, the change of plea hearing currently scheduled for April 19, 2016, at 2:00 P.M. is hereby continued until April 26, 2016, at 2:00 P.M.

**SO ORDERED.**

DATED: April 13, 2016.

                                                        
WILLIAM ALSUP
United States District Judge