UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>   )<br>   Plaintiff, )<br>   )<br>   v. )<br>   )<br>ANTONIO NAVARRO, )<br>   )<br>   Defendant. )<br>_____ ) | CASE NO.: CR 16-0011 WHA<br><br>[PROPOSED] **PRELIMINARY ORDER OF FORFEITURE** |

Having considered the application for a preliminary order of forfeiture filed by the United States, and the plea agreement signed on April 26, 2016 and filed on August 09, 2016, wherein the defendant ANTONIO NAVARRO agreed to forfeiture, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States pursuant to Title 18, United States Code, Section 2253, and Title 18, United States Code, Section 2428:

   a.   Samsung Galaxy S3 cellular phone.

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish for at least thirty days on the government website

1  www.forfeiture.gov a notice of this Order, notice of the government's intent to dispose of the property in
2  such manner as the Attorney General may direct, and notice that any person, other than the defendant,
3  having or claiming a legal interest in the property must file a petition with the Court and serve a copy on
4  government counsel within thirty (30) days of the final publication of notice or of receipt of actual
5  notice, whichever is earlier;

6      IT IS FURTHER ORDERED that, the government may conduct discovery, in order to identify,
7  locate, or dispose of property subject to forfeiture, in accordance with Rule 32.2(b)(3) of the Federal
8  Rules of Criminal Procedure; and

9      IT IS FURTHER ORDERED that the Court will retain jurisdiction to enforce the Preliminary
10 Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure
11 32.2(e).

12     IT IS SO ORDERED this __11__ day of __January__ 2017.

    _____
    WILLIAM ALSUP
    United States District Judge

[PROPOSED] PRELIMINARY ORDER OF FORFEITURE
CR 16-0011 WHA                                    2