UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>       Plaintiff, )<br>  v. )<br>ANTONIO NAVARRO, )<br>       Defendant. ) | CASE NO.: CR 16-0011 WHA<br><br>**[PROPOSED] FINAL ORDER OF FORFEITURE** |

On January 11, 2017, this Court entered a Preliminary Order of Forfeiture forfeiting the following property as to Antonio Navarro, pursuant to Title 18, United States Code, Section 2253, and Title 18, United States Code, Section 2428:

 a.  Samsung Galaxy S3 cellular phone.

The United States represents that it has complied with the publication notice requirements of the Preliminary Order and that no petition claiming the property has been filed.

1   **THEREFORE, IT IS HEREBY ORDERED** that the above-described property shall be
2   forfeited to the United States pursuant to Title 18, United States Code, Section 2253, and Title 18,
3   United States Code, Section 2428 and that all rights, title, and interest in the property is vested in the
4   United States of America.  The appropriate federal agency shall dispose of the forfeited property
5   according to law.
6   Dated: March 21, 2017.

_____
WILLIAM ALSUP
United States District Judge

[PROPOSED] FINAL ORDER OF FORFEITURE
CR 16-0011 WHA                                       2